**No. 10-10398. Richard Odom, Petitioner v. Tennessee.**

565 U.S. 942, 132 S. Ct. 397, 181 L. Ed. 2d 255, 2011 U.S. LEXIS 7329.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Western Division, denied.

Same case below, 336 S.W.3d 541.